**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **LAKESHORE TERRACE ASSOCIATION** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-0111120 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br><br> **501 LAKESHORE BLVD** <br> **INCLINE VILLAGE, NV 89451** <br> Number, Street, City, State & ZIP Code <br><br> **Washoe** <br> County | **Mailing address, if different from principal place of business** <br><br> **C/O INCLINE PROPERTY MANAGEMENT** <br> **848 TANAGER ST, SUITE M** <br> **INCLINE VILLAGE, NV 89451** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **LAKESHORE TERRACE ASSOCIATION**                    Case number (*if known*) _____
_____
Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _8139_

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **LAKESHORE TERRACE ASSOCIATION**                          Case number (*if known*) _____
      Name

| List all cases. If more than 1, attach a separate list | Debtor | Relationship | |
|---|---|---|---|
| | District _____ When _____ | Case number, if known _____ | |

**11. Why is the case filed in this district?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | LAKESHORE TERRACE ASSOCIATION | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  8, 2025**
MM / DD / YYYY

**X** **/s/ MARK PAGE**                                         **MARK PAGE**
Signature of authorized representative of debtor          Printed name

Title    **PRESIDENT**

**18. Signature of attorney**

**X** **/s/ KEVIN A DARBY**                               Date    **May  8, 2025**
Signature of attorney for debtor                                    MM / DD / YYYY

**KEVIN A DARBY 7670**
Printed name

**DARBY LAW PRACTICE**
Firm name

**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
Number, Street, City, State & ZIP Code

Contact phone    **775.322.1237**            Email address    **kevin@darbylawpractice.com**

**7670 NV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **LAKESHORE TERRACE ASSOCIATION**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 8, 2025**        X **/s/ MARK PAGE**
                                      Signature of individual signing on behalf of debtor

                                      **MARK PAGE**
                                      Printed name

                                      **PRESIDENT**
                                      Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>LAKESHORE TERRACE ASSOCIATION</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  DISTRICT OF NEVADA</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABDO FAMILY TRUST 300 ROUND STONE COURT LAS VEGAS, NV 89145 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |
| BRADLEY & SHARON BONNER PO BOX 278 DANVILLE, CA 94526 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |
| BRUCE & KRIS CHANDLER 774 MAYS BLVD. #10-370 Incline Village, NV 89451 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |
| CHERYL DELEHANTY 930 TAHOE BLVD #802-210 INCLINE VILLAGE, NV 89451 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |
| DAVID & ERIKA TAXIN 16155 HILLVALE AVE. MONTE SERENO, CA 95030 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |
| DAVID & NANCY LECLAIRE 4462 POMPONI ST UNION CITY, CA 94587 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated | | | $0.00 |
| DIANE INMAN P.O. BOX 1654 LAFAYETTE, CA 94549 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |

| Debtor | **LAKESHORE TERRACE ASSOCIATION** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DONALD & SUZANE BRAY 447 PACO DRIVE LOS ALTOS, CA 94024 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |
| DOROTHY MILTON 117 PTARMIGAN DR #4 WALNUT CREEK, CA 94595 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |
| DR. & MRS J. WALKER 4840 BUCKHAVEN ROAD RENO, NV 89519 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |
| ELAINA E. JACKSON C/O MCDONALD CARANO LLP ATTN: CHELSEA LATINO, ESQ. P.O. BOX 2670 RENO, NV 89505 | | JUDGMENT FOR PROPERTY DAMAGE | | | | $2,691,330.79 |
| ELISE FETT & ASSOCIATES PO BOX 427 CRYSTAL BAY, NV 89402 | | ARCHITECT RE STAIRCASE CONSTRUCTION RELATED SERVICES | | | | $1,581.00 |
| GERALD & FABIOLA A. BAUGHMAN PO BOX 18127 RENO, NV 89511 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |
| GREGORY HARTMAN 20 DEL MONTE PLACE SAN MATEO, CA 94403 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |
| GUY & ALISON AVAGLIANO 770 MAYS BLVD PMB 7008 INCLINE VILLAGE, NV 89451 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |
| H. RANDOLPHY & BETTY HOLDER 930 TAHOE BLVD #802-546 INCLINE VILLAGE, NV 89451 | | POTENTIAL INDEMNITY AND OTHER CLAIMS | Contingent Unliquidated Subject to Setoff | | | $0.00 |

Debtor  **LAKESHORE TERRACE ASSOCIATION**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LAKEVIEW ELECTRIC 2001 E. WILLIAM STREET CARSON CITY, NV 89701** | | **ELECTRICIAN SERVICES FOR GATE PROJECT** | | | | **$3,024.14** |
| **LEVERTY & ASSOCIATES 832 WILLOW ST RENO, NV 89502** | | **LEGAL FEES** | | | | **$6,500.00** |
| **SPECTRUM CONSULTING & MANAGEMENT, INC. 1260 TATE DRIVE RENO, NV 89523** | | **CONSULTING SERVICES** | | | | **$5,432.50** |
| **WODACO, INC. DBA INCLINE PROPERTY MANAGEMENT 848 TANAGER ST INCLINE VILLAGE, NV 89451** | | **MANAGEMENT FEES** | | | | **$2,700.00** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>LAKESHORE TERRACE ASSOCIATION</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................... $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $      **1,072,688.36**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $      **1,072,688.36**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **0.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$      **2,710,568.43**

4.  **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b         $      **2,710,568.43**

**Fill in this information to identify the case:**

Debtor name **LAKESHORE TERRACE ASSOCIATION**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **FIRST CITIZENS BANK (OPERATING ACCOUNT)** | **CHECKING** | **0102** | **$296,038.00** |
| 3.2. | **FIRST CITIZENS BANK (RESERVE ACCOUNT)** | **CHECKING** | **3802** | **$224,723.00** |
| 3.3. | **MORGAN STANLEY (RESERVES)** | **BROKERAGE** | **2025** | **$385,604.00** |
| 3.4. | **MORGAN STANLEY (CONSTRUCTION)** | **BROKERAGE** | **4025** | **$164,267.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$1,070,632.00**

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **LAKESHORE TERRACE ASSOCIATION**                Case number *(If known)* _____
                Name

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

11a. 90 days old or less: _____**2,056.36**____ − _____**0.00**____ = .... ____**$2,056.36**____
                                          face amount                            doubtful or uncollectible accounts

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $2,056.36 |
|---|

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **LAKESHORE TERRACE ASSOCIATION**                          Case number *(If known)* _____
_____
           Name

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **CLAIMS AGAINST INSURANCE COMPANIES FOR COVERAGE OF JACKSON JUDGMENT LIABILTY AND POTENTIAL BAD FAITH CLAIMS**                          **Unknown**

       Nature of claim    **BREACH OF CONTRACT AND TORT**

       Amount requested                        $0.00

       **POTENTIAL PROFESSIONAL MALPRACTICE CLAIMS ARISING OUT OF JACKSON LITIGATION**                          **Unknown**

       Nature of claim    **BREACH OF CONTRACT AND TORT**

       Amount requested                        $0.00

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
       **POTENTIAL ASSESSMENT RIGHTS FOR PAYMENT OF JACKSON JUDGMENT**                          **Unknown**

       Nature of claim    **HOMEOWNERS ASSOCIATION ASSESSMENT RIGHTS**

       Amount requested                        $0.00

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                             | $0.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **LAKESHORE TERRACE ASSOCIATION**                    Case number *(If known)* _____
             Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,070,632.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,056.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,072,688.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,072,688.36 |

**Fill in this information to identify the case:**

Debtor name  **LAKESHORE TERRACE ASSOCIATION**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **LAKESHORE TERRACE ASSOCIATION**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

**INTERNAL REVENUE SERVICE**
**P.O. Box 21126**
**DPN 781**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | **Unknown** |
|---|---|---|

**ABDO FAMILY TRUST**
**300 ROUND STONE COURT**
**LAS VEGAS, NV 89145**

Date(s) debt was incurred  **3/17/2025**
Last 4 digits of account number  **IT46**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset?  ☐ No  ☑ Yes

| 3.2 | Nonpriority creditor's name and mailing address | **Unknown** |
|---|---|---|

**BRADLEY & SHARON BONNER**
**PO BOX 278**
**DANVILLE, CA 94526**

Date(s) debt was incurred  **3/17/2025**
Last 4 digits of account number  **IT20**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset?  ☐ No  ☑ Yes

Debtor   **LAKESHORE TERRACE ASSOCIATION**                          Case number (if known) _____
_____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.3** | **Nonpriority creditor's name and mailing address**

**BRUCE & KRIS CHANDLER**
**774 MAYS BLVD. #10-370**
**Incline Village, NV 89451**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT17**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**

**CHERYL DELEHANTY**
**930 TAHOE BLVD #802-210**
**INCLINE VILLAGE, NV 89451**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT13**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**

**DAVID & ERIKA TAXIN**
**16155 HILLVALE AVE.**
**MONTE SERENO, CA 95030**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT06**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

**DAVID & NANCY LECLAIRE**
**4462 POMPONI ST**
**UNION CITY, CA 94587**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT35**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**

**DIANE INMAN**
**P.O. BOX 1654**
**LAFAYETTE, CA 94549**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT27**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

**DONALD & SUZANE BRAY**
**447 PACO DRIVE**
**LOS ALTOS, CA 94024**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT04**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

**DOROTHY MILTON**
**117 PTARMIGAN DR #4**
**WALNUT CREEK, CA 94595**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT18**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No  ■ Yes

---

Debtor  **LAKESHORE TERRACE ASSOCIATION**
_____
Name                                                      Case number (if known) _____

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**3.10**

Nonpriority creditor's name and mailing address
**DR. & MRS J. WALKER**
**4840 BUCKHAVEN ROAD**
**RENO, NV 89519**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT19**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.11**

Nonpriority creditor's name and mailing address
**ELAINA E. JACKSON**
**C/O MCDONALD CARANO LLP**
**ATTN: CHELSEA LATINO, ESQ.**
**P.O. BOX 2670**
**RENO, NV 89505**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                    **$2,691,330.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **JUDGMENT FOR PROPERTY DAMAGE**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12**

Nonpriority creditor's name and mailing address
**ELISE FETT & ASSOCIATES**
**PO BOX 427**
**CRYSTAL BAY, NV 89402**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                    **$1,581.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ARCHITECT RE STAIRCASE CONSTRUCTION RELATED SERVICES**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13**

Nonpriority creditor's name and mailing address
**GERALD & FABIOLA A. BAUGHMAN**
**PO BOX 18127**
**RENO, NV 89511**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT26**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.14**

Nonpriority creditor's name and mailing address
**GREGORY HARTMAN**
**20 DEL MONTE PLACE**
**SAN MATEO, CA 94403**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT10**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.15**

Nonpriority creditor's name and mailing address
**GUY & ALISON AVAGLIANO**
**770 MAYS BLVD**
**PMB 7008**
**INCLINE VILLAGE, NV 89451**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT38**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.16**

Nonpriority creditor's name and mailing address
**H. RANDOLPH & BETTY HOLDER**
**930 TAHOE BLVD #802-546**
**INCLINE VILLAGE, NV 89451**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **2324**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

Debtor  **LAKESHORE TERRACE ASSOCIATION**                              Case number (if known) _____
         Name

---

**3.17**

**Nonpriority creditor's name and mailing address**

**HANSEL LIVING TRUST**
**ATTN HENRY HANSEL**
**373 CAHILL LANE**
**SANTA ROSA, CA 95401**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **TS09,1434**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**

**HEMMING REVOCABLE TRUST**
**16 HEATHER LANE**
**ORINDA, CA 94563**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT08**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**
**(50% INTEREST IN UNIT 08)**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**

**HIDEAWAY PROPERTIES LLC**
**PO BOX 427**
**CRYSTAL BAY, NV 89402**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT45**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**

**JACKSON SURVIVORS TRUST**
**59 DAMONTE RANCH PARKWAY**
**B-335**
**RENO, NV 89521**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **5758**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**

**JANICE & ROBERT KOPF**
**1222 SHORELINE DRIVE**
**SANTA BARBARA, CA 93109**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **3948**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**

**JAY & SHERRY MORGAN**
**2336 MANZANITA LANE**
**RENO, NV 89509**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT52**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**

**JILAINE GEDDES FAMILY TRUST**
**PO BOX 6517**
**INCLINE VILLAGE, NV 89450**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT47**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

Debtor    **LAKESHORE TERRACE ASSOCIATION**                Case number (if known) _____
_____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**JILL CONNOR LATIMER**
**1206 5TH STREET**
**MANHATTAN BEACH, CA 90266**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/17/2025__

Last 4 digits of account number __IT02__

Basis for the claim: __POTENTIAL INDEMNITY AND OTHER CLAIMS__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**JOANNA WILLIAMS**
**217 N CLAY STREET**
**HINSDALE, IL 60521**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/17/2025__

Last 4 digits of account number __IT49__

Basis for the claim: __POTENTIAL INDEMNITY AND OTHER CLAIMS__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**JRG LIVING TRUST**
**4321 SUNRISE FLATS ST**
**LAS VEGAS, NV 89135**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/17/2025__

Last 4 digits of account number __IT44__

Basis for the claim: __POTENTIAL INDEMNITY AND OTHER CLAIMS__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,024.14** |

**LAKEVIEW ELECTRIC**
**2001 E. WILLIAM STREET**
**CARSON CITY, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __ELECTRICIAN SERVICES FOR GATE PROJECT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LESLIE HITCHCOCK BENSON**
**5021 FYVIE CT**
**RENO, NV 89519**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/17/2025__

Last 4 digits of account number __IT33__

Basis for the claim: __POTENTIAL INDEMNITY AND OTHER CLAIMS__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00** |

**LEVERTY & ASSOCIATES**
**832 WILLOW ST**
**RENO, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __LEGAL FEES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LINDA PRINN**
**3515 SEABREEZE LANE**
**CORONA DEL MAR, CA 92625**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/17/2025__

Last 4 digits of account number __IT29__

Basis for the claim: __POTENTIAL INDEMNITY AND OTHER CLAIMS__

Is the claim subject to offset? ☐ No ■ Yes

Debtor  **LAKESHORE TERRACE ASSOCIATION**                                Case number (if known) _____
        _____
        Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.31** Nonpriority creditor's name and mailing address
**MARK & ELIZABETH PAGE**
**1660 UNIVERSITY AVENUE**
**SAN JOSE, CA 95123-6000**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT30**

As of the petition filing date, the claim is: Check all that apply.                                     **Unknown**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.32** Nonpriority creditor's name and mailing address
**MARK S. & NANCY E. ADAMS,**
**CO-TRUSTEES**
**212 GRENOBLE DRIVE**
**LODI, CA 95242**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT40**

As of the petition filing date, the claim is: Check all that apply.                                     **Unknown**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.33** Nonpriority creditor's name and mailing address
**MARNA TAYLOR, CO-TRUSTEE**
**COPELAND REVOCABLE TRUST**
**5539 BLOSSOM ACRES DR**
**SAN JOSE, CA 95124**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT08**

As of the petition filing date, the claim is: Check all that apply.                                     **Unknown**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**
**(50% INTEREST IN UNIT 08)**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.34** Nonpriority creditor's name and mailing address
**MICHAEL & CYNTHIA MCCAFFREY**
**138 LYFORD DRIVE**
**TIBURON, CA 94920**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **3137**

As of the petition filing date, the claim is: Check all that apply.                                     **Unknown**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.35** Nonpriority creditor's name and mailing address
**MILLER FAMILY TRUST**
**ATTN: STEVE & KAREN MILLER**
**501 LAKESHORE BLVD #43**
**INCLINE VILLAGE, NV 89451**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT43**

As of the petition filing date, the claim is: Check all that apply.                                     **Unknown**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.36** Nonpriority creditor's name and mailing address
**MOHAMMAD & GOLANDAM SAFFARI**
**2458 EAST LAKERIDGE SHORES**
**RENO, NV 89519**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT51**

As of the petition filing date, the claim is: Check all that apply.                                     **Unknown**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.37** Nonpriority creditor's name and mailing address
**MOSS ADAMS LLP**
**KRISTIAN KIBAK**
**5580 LA JOLLA BLVD #392**
**LA JOLLA, CA 92037**

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT56**

As of the petition filing date, the claim is: Check all that apply.                                     **Unknown**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

Debtor  **LAKESHORE TERRACE ASSOCIATION**                    Case number *(if known)*
      Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.38**

**Nonpriority creditor's name and mailing address**
**PATRICK & MEGAN BALZAN**
**75 KING AVE**
**PIEDMONT, CA 94611**

Date(s) debt was incurred  **3/17/2025**
Last 4 digits of account number  **IT42**

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
**PEGGY MOORE HOFFMAN**
**717 MISSION CREEK DR**
**PALM DESERT, CA 92211**

Date(s) debt was incurred  **3/17/2025**
Last 4 digits of account number  **IT21**

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**
**PETE TROGER**
**PO BOX 7394**
**STOCKTON, CA 95267**

Date(s) debt was incurred  **3/17/2025**
Last 4 digits of account number  **0312**

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.41**

**Nonpriority creditor's name and mailing address**
**REBECCA A. JOHNSON**
**587 ROCKROSE COURT**
**INCLINE VILLAGE, NV 89450**

Date(s) debt was incurred  **3/17/2025**
Last 4 digits of account number  **IT16**

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.42**

**Nonpriority creditor's name and mailing address**
**RICHARD & MARY PELTON**
**4717 COBRA COURT**
**SPARKS, NV 89436**

Date(s) debt was incurred  **3/17/2025**
Last 4 digits of account number  **IT54**

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.43**

**Nonpriority creditor's name and mailing address**
**SCOTT HENRY HAMPTON**
**1167 GREEN STREET**
**San Francisco, CA 94109**

Date(s) debt was incurred  **3/17/2025**
Last 4 digits of account number  **IT50**

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.44**

**Nonpriority creditor's name and mailing address**
**SHARON SIMPSON**
**520 MINER ROAD**
**ORINDA, CA 94563-1413**

Date(s) debt was incurred  **3/17/2025**
Last 4 digits of account number  **IT28**

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor  **LAKESHORE TERRACE ASSOCIATION**                          Case number (if known) _____
     Name

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,432.50** |
|---|---|---|---|

**SPECTRUM CONSULTING & MANAGEMENT, INC.**
**1260 TATE DRIVE**
**RENO, NV 89523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CONSULTING SERVICES**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**STEPHEN F. PAGE**
**PO BOX 5010**
**MONROE, CT 06468**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT07**

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**STEPHEN PAGE LIVING TRUST**
**PO BOX 5010**
**MONROE, CT 06468**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT36**

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**STEVEN LATHROP & NANCY WILLIAMS**
**PO BOX 4340**
**INCLINE VILLAGE, NV 89450**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT15**

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SUSAN GRIFFIN BRODERICK**
**PO BOX 533**
**SANTA ROSA, CA 95402**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **IT05**

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SUSAN LYNNES PARKS**
**PO BOX 4903**
**INCLINE VILLAGE, NV 89450-4903**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT01**

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**THE CLARKE FAMILY**
**PO BOX 3283**
**LOS ALTOS, CA 94024**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2025**

Last 4 digits of account number  **IT32**

Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

Is the claim subject to offset? ☐ No ☑ Yes

---

Debtor    **LAKESHORE TERRACE ASSOCIATION**                              Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** |

3.52   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.    **Unknown**
**TODD OLIVER FAMILY TRUST**
**1040 SISKIYOU DR.**                                    ☐ Contingent
**MENLO PARK, CA 94025**
                                                        ☐ Unliquidated
Date(s) debt was incurred  **3/17/2025**                ☐ Disputed
Last 4 digits of account number  **TI11**               Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

                                                        Is the claim subject to offset? ☐ No  ☑ Yes

3.53   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.    **Unknown**
**TOM FAMILY TRUST**
**2414 BROWNING STREET**                                ☐ Contingent
**BERKELY, CA 94702**
                                                        ☐ Unliquidated
Date(s) debt was incurred  **3/17/2025**                ☐ Disputed
Last 4 digits of account number  **IT55**               Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

                                                        Is the claim subject to offset? ☐ No  ☑ Yes

3.54   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.    **Unknown**
**VINCENT PHILLIPS**
**706 OLEANDER AVE**                                    ☐ Contingent
**BAKERSFIELD, CA 93304**
                                                        ☐ Unliquidated
Date(s) debt was incurred  **3/17/2025**                ☐ Disputed
Last 4 digits of account number  **IT25**               Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

                                                        Is the claim subject to offset? ☐ No  ☑ Yes

3.55   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.    **Unknown**
**WILLIAM HENDRICKSON**
**109 TAMALPAIS AVE**                                   ☐ Contingent
**SAN ANSELMO, CA 94960**
                                                        ☐ Unliquidated
Date(s) debt was incurred  **3/17/2025**                ☐ Disputed
Last 4 digits of account number  **IT53**               Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

                                                        Is the claim subject to offset? ☐ No  ☑ Yes

3.56   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.    **Unknown**
**WILLIAM L HANE FAMILY TRUST**
**4101 BISON BLVD**                                     ☐ Contingent
**LAKE HAVASUE CITY, AZ 86404**
                                                        ☐ Unliquidated
Date(s) debt was incurred  **3/17/2025**                ☐ Disputed
Last 4 digits of account number  **IT22**               Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

                                                        Is the claim subject to offset? ☐ No  ☑ Yes

3.57   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.    **Unknown**
**WILLIAM WHITE**
**172 TRAMWAY ROAD**                                    ☐ Contingent
**INCLINE VILLAGE, NV 89451**
                                                        ☐ Unliquidated
Date(s) debt was incurred  **3/17/2025**                ☐ Disputed
Last 4 digits of account number  **IT41**               Basis for the claim:  **POTENTIAL INDEMNITY AND OTHER CLAIMS**

                                                        Is the claim subject to offset? ☐ No  ☑ Yes

3.58   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.    **$2,700.00**
**WODACO, INC.**
**DBA INCLINE PROPERTY MANAGEMENT**                     ☐ Contingent
**848 TANAGER ST**                                      ☐ Unliquidated
**INCLINE VILLAGE, NV 89451**                           ☐ Disputed
Date(s) debt was incurred  **_**                        Basis for the claim:  **MANAGEMENT FEES**

Last 4 digits of account number  **_**                  Is the claim subject to offset? ☑ No  ☐ Yes

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

Debtor   **LAKESHORE TERRACE ASSOCIATION**                            Case number (if known) _____
_____
Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 2,710,568.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,710,568.43 |

**Fill in this information to identify the case:**

Debtor name   **LAKESHORE TERRACE ASSOCIATION**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest  **CONTRACT RELATED TO COMPLEX-WIDE DRAINAGE REPAIRS** | |
| State the term remaining  **N/A** | |
| List the contract number of any government contract | **AUERBACH ENGINEERING CORP** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest  **CONTRACT RE STAIRWAY PROJECT** | |
| State the term remaining  **N/A** | |
| List the contract number of any government contract | **DOGWOOD BUILDERS** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest  **CONTRACT RE STAIRWAY PROJECT** | |
| State the term remaining  **N/A** | |
| List the contract number of any government contract | **ELISE FETT & ASSOCIATES** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest  **CONTRACT RE STAIRWAY PROJECT** | |
| State the term remaining  **N/A** | **GABBART & WOODS 1680 MOUNTCLAIR AVE SUITE B RENO, NV 89509** |
| List the contract number of any government contract | |

Debtor 1  **LAKESHORE TERRACE ASSOCIATION**                    Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

<span style="background-color:purple">    </span>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT RE STAIRWAY PROJECT** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **NV5** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT RE STAIRWAY PROJECT** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **SANICOL STONE** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **MANAGMENT CONTRACT** | |
|---|---|---|---|
| | State the term remaining | **THROUGH MARCH, 2026** | **WODACO, INC.** |
| | List the contract number of any government contract | | **DBA INCLINE PROPERTY MANAGEMENT 848 TANAGER ST INCLINE VILLAGE, NV 89451** |

**Fill in this information to identify the case:**

Debtor name    **LAKESHORE TERRACE ASSOCIATION**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | _____ | Street _____ <br> City      State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City      State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City      State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City      State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **LAKESHORE TERRACE ASSOCIATION**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an amended filing

---

<u>Official Form 207</u>
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ☐ Operating a business<br>    **HOMEOWNERS**<br>■ Other   **DUES** | **$46,400.00** |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>    **HOMEOWNERS**<br>■ Other   **DUES** | **$453,096.00** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>    **HOMEOWNERS**<br>■ Other   **DUES** | **$453,096.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | **SPECIAL ASSESMENTS/HOMEOWNERS REIMBURSEMENTS** | **$272,698.00** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | **SPECIAL ASSESMENTS/HOMEOWNERS REIMBURSEMENTS** | **$131,272.00** |

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **LAKESHORE TERRACE ASSOCIATION**    Case number *(if known)*

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **WODACO, INC.**<br>**DBA INCLINE PROPERTY**<br>**MANAGEMENT**<br>**848 TANAGER ST**<br>**INCLINE VILLAGE, NV 89451** | **VARIOUS** | **$10,759.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **INCLINE VILLAGE GENERAL**<br>**IMPROVEMENT DIST**<br>**893 SOUTHWOOD BLVD**<br>**INCLINE VILLAGE, NV 89451** | **MONTHLY** | **$23,559.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **UTILITY PAYMENTS** |
| 3.3. **ELAINA E. JACKSON**<br>**C/O MCDONALD CARANO LLP**<br>**ATTN: CHELSEA LATINO, ESQ.**<br>**P.O. BOX 2670**<br>**RENO, NV 89505** | **03/17/2025** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **JUDGMENT RECORDED IN WASHOE COUNTY RECORDER'S OFFICE AGAINST DEBTOR'S INTEREST IN PROPERTIES WITHIN LAKESHORE TERRRACE ASSOCIATION** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **LAKESHORE TERRACE ASSOCIATION**                                     Case number *(if known)*

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **ELAINA E. JACKSON v. LAKESHORE TERRACE ASSOCIATION CV19-01522** | **CLAIM FOR PROPERTY DAMAGE CAUSED BY FLOOD** | **SECOND JUDICIAL DISTRICT COURT FOR NV 75 COURT STREET RENO, NV 89501** | ☐ Pending ■ On appeal ☐ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.    **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.    **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    LAKESHORE TERRACE ASSOCIATION                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | DARBY LAW PRACTICE 499 W. PLUMB LANE, SUITE 202 Reno, NV 89509 | Attorney Fees | 5/7/2025 | $25,000.00 |
| | Email or website address kevin@darbylawpractice.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **LAKESHORE TERRACE ASSOCIATION**    Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    LAKESHORE TERRACE ASSOCIATION                    Case number *(if known)*

---

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    WODACO, INC.<br>DBA INCLINE PROPERTY MANAGEMENT<br>848 TANAGER ST<br>INCLINE VILLAGE, NV 89451 | 7/1/2009 - PRESENT |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

---

Debtor    LAKESHORE TERRACE ASSOCIATION    Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **WODACO, INC.**<br>**DBA INCLINE PROPERTY MANAGEMENT**<br>**848 TANAGER ST**<br>**INCLINE VILLAGE, NV 89451** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **MARK PAGE** | **501 LAKESHORE BLVD #30**<br>**INCLINE VILLAGE, NV 89451** | **PRESIDENT/DIRECTOR** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **STEVE MILLER** | **501 LAKESHORE BLVD #43**<br>**INCLINE VILLAGE, NV 89451** | **SECRETARY/DIRECTOR** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **HENRY HANSEL** | **501 LAKESHORE BLVD #s 9, 14 and 34**<br>**INCLINE VILLAGE, NV 89451** | **TREASURER/DIRECTOR** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **MARK ADAMS** | **501 LAKESHORE BLVD #40**<br>**INCLINE VILLAGE, NV 89451** | **DIRECTOR** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **TODD OLIVER** | **501 LAKESHORE BLVD #11**<br>**INCLINE VILLAGE, NV 89451** | **DIRECTOR** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BRUCE COPELAND** | **501 LAKESHORE BLVD #8**<br>**INCLINE VILLAGE, NV 89451** | **DIRECTOR** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **VINCE PHILLIPS** | **501 LAKESHORE BLVD #25**<br>**INCLINE VILLAGE, NV 89451** | **DIRECTOR** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **LAKESHORE TERRACE ASSOCIATION**    Case number *(if known)*

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  8, 2025**

**/s/ MARK PAGE**                                   **MARK PAGE**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re __LAKESHORE TERRACE ASSOCIATION__       Case No. _____

                              Debtor(s)       Chapter   __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept ............................................ | $ _____ 25,000.00 |
| Prior to the filing of this statement I have received ............................... | $ _____ 0.00 |
| Balance Due ............................................................................................. | $ _____ 25,000.00 |

2.   $__0.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__May 8, 2025__
*Date*

         /s/ KEVIN A DARBY
         **KEVIN A DARBY 7670**
         *Signature of Attorney*
         **DARBY LAW PRACTICE**
         **499 W. PLUMB LANE, SUITE 202**
         **Reno, NV 89509**
         **775.322.1237  Fax: 775.996.7290**
         **kevin@darbylawpractice.com**
         *Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re   **LAKESHORE TERRACE ASSOCIATION**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May  8, 2025**

Signature   **/s/ MARK PAGE**

**MARK PAGE**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Nevada

In re    __**LAKESHORE TERRACE ASSOCIATION**__    Case No.    _____

Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __**May  8, 2025**__    __**/s/ MARK PAGE**_____

**MARK PAGE**/**PRESIDENT**
Signer/Title

LAKESHORE TERRACE ASSOCIATION
C/O INCLINE PROPERTY MANAGEMENT
848 TANAGER ST, SUITE M
INCLINE VILLAGE, NV 89451

KEVIN A DARBY
DARBY LAW PRACTICE
499 W. PLUMB LANE, SUITE 202
Reno, NV 89509

ABDO FAMILY TRUST
Acct No UNIT 46
300 ROUND STONE COURT
LAS VEGAS, NV 89145

BRADLEY & SHARON BONNER
Acct No UNIT 20
PO BOX 278
DANVILLE, CA 94526

BRUCE & KRIS CHANDLER
Acct No UNIT 17
774 MAYS BLVD. #10-370
Incline Village, NV 89451

CHERYL DELEHANTY
Acct No UNIT 13
930 TAHOE BLVD #802-210
INCLINE VILLAGE, NV 89451

DAVID & ERIKA TAXIN
Acct No UNIT 06
16155 HILLVALE AVE.
MONTE SERENO, CA 95030

DAVID & NANCY LECLAIRE
Acct No UNIT 35
4462 POMPONI ST
UNION CITY, CA 94587

DIANE INMAN
Acct No UNIT 27
P.O. BOX 1654
LAFAYETTE, CA 94549

DONALD & SUZANE BRAY
Acct No UNIT 04
447 PACO DRIVE
LOS ALTOS, CA 94024

DOROTHY MILTON
Acct No UNIT 18
117 PTARMIGAN DR #4
WALNUT CREEK, CA 94595

```
DR. & MRS J. WALKER
Acct No UNIT 19
4840 BUCKHAVEN ROAD
RENO, NV 89519

ELAINA E. JACKSON
C/O MCDONALD CARANO LLP
ATTN: CHELSEA LATINO, ESQ.
P.O. BOX 2670
RENO, NV 89505

ELISE FETT & ASSOCIATES
PO BOX 427
CRYSTAL BAY, NV 89402

GERALD & FABIOLA A. BAUGHMAN
Acct No UNIT 26
PO BOX 18127
RENO, NV 89511

GREGORY HARTMAN
Acct No UNIT 10
20 DEL MONTE PLACE
SAN MATEO, CA 94403

GUY & ALISON AVAGLIANO
Acct No UNIT 38
770 MAYS BLVD
PMB 7008
INCLINE VILLAGE, NV 89451

H. RANDOLPHY & BETTY HOLDER
Acct No UNITS 23 & 24
930 TAHOE BLVD #802-546
INCLINE VILLAGE, NV 89451

HANSEL LIVING TRUST
Acct No UNITS 09, 14 & 34
ATTN HENRY HANSEL
373 CAHILL LANE
SANTA ROSA, CA 95401

HEMMING REVOCABLE TRUST
Acct No UNIT 08
16 HEATHER LANE
ORINDA, CA 94563

HIDEAWAY PROPERTIES LLC
Acct No UNIT 45
PO BOX 427
CRYSTAL BAY, NV 89402
```

INTERNAL REVENUE SERVICE
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

JACKSON SURVIVORS TRUST
Acct No UNITS 57 & 58
59 DAMONTE RANCH PARKWAY
B-335
RENO, NV 89521

JANICE & ROBERT KOPF
Acct No UNITS 39 & 48
1222 SHORELINE DRIVE
SANTA BARBARA, CA 93109

JAY & SHERRY MORGAN
Acct No UNIT 52
2336 MANZANITA LANE
RENO, NV 89509

JILAINE GEDDES FAMILY TRUST
Acct No UNIT 47
PO BOX 6517
INCLINE VILLAGE, NV 89450

JILL CONNOR LATIMER
Acct No UNIT 02
1206 5TH STREET
MANHATTAN BEACH, CA 90266

JOANNA WILLIAMS
Acct No UNIT 49
217 N CLAY STREET
HINSDALE, IL 60521

JRG LIVING TRUST
Acct No UNIT 44
4321 SUNRISE FLATS ST
LAS VEGAS, NV 89135

LAKEVIEW ELECTRIC
2001 E. WILLIAM STREET
CARSON CITY, NV 89701

LESLIE HITCHCOCK BENSON
Acct No UNIT 33
5021 FYVIE CT
RENO, NV 89519

LEVERTY & ASSOCIATES
832 WILLOW ST
RENO, NV 89502

LINDA PRINN
Acct No UNIT 29
3515 SEABREEZE LANE
CORONA DEL MAR, CA 92625

MARK & ELIZABETH PAGE
Acct No UNIT 30
1660 UNIVERSITY AVENUE
SAN JOSE, CA 95123-6000

MARK S. & NANCY E. ADAMS, CO-TRUSTEES
Acct No UNIT 40
212 GRENOBLE DRIVE
LODI, CA 95242

MARNA TAYLOR, CO-TRUSTEE
Acct No UNIT 08
COPELAND REVOCABLE TRUST
5539 BLOSSOM ACRES DR
SAN JOSE, CA 95124

MICHAEL & CYNTHIA MCCAFFREY
Acct No UNITS 31 & 37
138 LYFORD DRIVE
TIBURON, CA 94920

MILLER FAMILY TRUST
Acct No UNIT 43
ATTN: STEVE & KAREN MILLER
501 LAKESHORE BLVD #43
INCLINE VILLAGE, NV 89451

MOHAMMAD & GOLANDAM SAFFARI
Acct No UNIT 51
2458 EAST LAKERIDGE SHORES
RENO, NV 89519

MOSS ADAMS LLP
Acct No UNIT 56
KRISTIAN KIBAK
5580 LA JOLLA BLVD #392
LA JOLLA, CA 92037

PATRICK & MEGAN BALZAN
Acct No UNIT 42
75 KING AVE
PIEDMONT, CA 94611

PEGGY MOORE HOFFMAN
Acct No UNIT 21
717 MISSION CREEK DR
PALM DESERT, CA 92211

PETE TROGER
Acct No UNITS 03 & 12
PO BOX 7394
STOCKTON, CA 95267

REBECCA A. JOHNSON
Acct No UNIT 16
587 ROCKROSE COURT
INCLINE VILLAGE, NV 89450

RICHARD & MARY PELTON
Acct No UNIT 54
4717 COBRA COURT
SPARKS, NV 89436

SCOTT HENRY HAMPTON
Acct No UNIT 50
1167 GREEN STREET
San Francisco, CA 94109

SHARON SIMPSON
Acct No UNIT 28
520 MINER ROAD
ORINDA, CA 94563-1413

SPECTRUM CONSULTING & MANAGEMENT, INC.
1260 TATE DRIVE
RENO, NV 89523

STEPHEN F. PAGE
Acct No UNIT 07
PO BOX 5010
MONROE, CT 06468

STEPHEN PAGE LIVING TRUST
Acct No UNIT 36
PO BOX 5010
MONROE, CT 06468

STEVEN LATHROP & NANCY WILLIAMS
Acct No UNIT 15
PO BOX 4340
INCLINE VILLAGE, NV 89450

SUSAN GRIFFIN BRODERICK
Acct No UNIT 05
PO BOX 533
SANTA ROSA, CA 95402

SUSAN LYNNES PARKS
Acct No UNIT 01
PO BOX 4903
INCLINE VILLAGE, NV 89450-4903

THE CLARKE FAMILY
Acct No UNIT 32
PO BOX 3283
LOS ALTOS, CA 94024

TODD OLIVER FAMILY TRUST
Acct No UNTI 11
1040 SISKIYOU DR.
MENLO PARK, CA 94025

TOM FAMILY TRUST
Acct No UNIT 55
2414 BROWNING STREET
BERKELY, CA 94702

VINCENT PHILLIPS
Acct No UNIT 25
706 OLEANDER AVE
BAKERSFIELD, CA 93304

WILLIAM HENDRICKSON
Acct No UNIT 53
109 TAMALPAIS AVE
SAN ANSELMO, CA 94960

WILLIAM L HANE FAMILY TRUST
Acct No UNIT 22
4101 BISON BLVD
LAKE HAVASUE CITY, AZ 86404

WILLIAM WHITE
Acct No UNIT 41
172 TRAMWAY ROAD
INCLINE VILLAGE, NV 89451

WODACO, INC.
DBA INCLINE PROPERTY MANAGEMENT
848 TANAGER ST
INCLINE VILLAGE, NV 89451

# United States Bankruptcy Court
## District of Nevada

In re   **LAKESHORE TERRACE ASSOCIATION**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LAKESHORE TERRACE ASSOCIATION**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  8, 2025**

Date

**/s/ KEVIN A DARBY**

**KEVIN A DARBY 7670**

Signature of Attorney or Litigant
Counsel for   **LAKESHORE TERRACE ASSOCIATION**

**DARBY LAW PRACTICE**
**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
**775.322.1237 Fax:775.996.7290**
**kevin@darbylawpractice.com**